UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAFAEL MOLINA, et al.,

          Plaintiffs,

   v.

CITY OF SEATTLE,

          Defendant.

Case No. C24-1633-RSL

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiffs' *in forma pauperis* (IFP) applications, Dkts. 1 & 2, are deficient. They indicate no income outside of $10,000 in family support, no cash on hand, $100.00 in a checking account, and no savings, and a total of $700.00 in monthly expenses for their car, including loan payments, insurance, and gas. Plaintiffs must submit revised, signed IFP applications within **twenty (20) days** of the date of this Order. They must provide complete and detailed financial information and must explain how they are able to meet all basic expenses, including food and shelter. Failure to comply may result in denial of IFP and/or dismissal.

Dated this 9th day of October, 2024.

                                                       Ravi Subramanian
                                                       Clerk of Court

                                                       By: Stefanie Prather
                                                           Deputy Clerk

MINUTE ORDER - 1